IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ORGLENDER SCOTT-HOPKINS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-09-CV-0613-D |
| | § | |
| VIEWPOINT BANK, | § | |
| | § | |
| *Defendant.* | § | |

## **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rule 7.4, Defendant Viewpoint Bank discloses the following individuals and entities:

1. Orglender Scott-Hopkins, Plaintiff.

2. David A. Small, Plaintiff's Counsel.

3. Viewpoint Bank, Defendant.

4. Viewpoint Financial Group, parent company of Defendant Viewpoint Bank.

5. Viewpoint Mutual Holding Co., partial owner of Viewpoint Financial Group.

6. Alicia Voltmer, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Defendant's counsel.

Respectfully submitted,

**OGLETREE, DEAKINS**, **NASH, SMOAK & STEWART, P.C.**

 /s/ Alicia Sienne Voltmer
Alicia Sienne Voltmer
Texas Bar No. 00797605
700 Preston Commons
8117 Preston Road
Dallas, Texas  75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3927
Alicia.Voltmer@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on April 21, 2009, I electronically transmitted this document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to Plaintiff's counsel, David A. Small, an ECF registrant.

 /s/ Alicia Sienne Voltmer
Alicia Sienne Voltmer